POLLAK, Appellant, v. DODGE MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Henry Pollak against the Dodge Manufacturing Company. L. C. Ferguson, of New York City, for appellant. M. B. Clarke, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 81 Misc. Rep. 216, 142 N. Y. Supp. 495.

PORTER, Appellant, v. DAVIDSON et al., Respondents. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Caroline H. Porter against Charles L. Davidson and others. J. B. Doyle, of New York City, for appellant. P. R. Towne, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

POSS v. POSS. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Frank R. Poss against Lillian K. Poss. No opinion. Motion granted, without costs. See, also, 149 N. Y. Supp. 587.

POTTS, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by William Potts against the Bradley Contracting Company. F. L. C. Keating, of New York City, for appellant. P. M. Pelletreau, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POWELL, Respondent, v. A. & M. ROBBINS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Stephen E. Powell against A. & M. Robbins, Incorporated. V. L. Leibell, of New York City, for appellant. O. S. Bowling, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRATT, Respondent, v. McKEE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Michael Pratt against Henry D. McKee and another, etc.

PER CURIAM. Order of June 29, 1914, reversed, and stay vacated, without costs. Appeal from order of July 6th, refusing to modify the prior order, dismissed, without costs. The removal of defendant Beers to Honolulu since the last trial affords no ground to stay proceedings, or to impose the condition that such defendant shall again acquire a residence address within this state. Such a defendant now living without the state may be examined by deposition under chapter 9, tit. 4, art. 3, of the Code of Civil Procedure; and in a proper case plaintiff could apply for an open commission under section 893 of the Code of Civil Procedure. The trial should not be stayed to compel a defendant to come back and take up his residence in this state, where the course laid down by the Code to take such testimony has not been followed.

PRENSKY v. ALPERT. (Supreme Court, Appellant Division, First Department. October 16, 1914.) Action by Samuel Prensky against Max Alpert. No opinion. Motion granted, with $10 costs. Order filed.

PRINCE v. RIESER. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Henry Prince against Ely J. Rieser. No opinion. Motion for reargument denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1139; 149 N. Y. Supp. 1107.

PRINCE, Respondent, v. RIESER, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Henry Prince against Ely J. Rieser. P. Armitage, of New York City, for appellant. J. H. Cohen, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 148 N. Y. Supp. 1139; 149 N. Y. Supp. 1107.

PYNE, Respondent, v. CAZENOVIA CANNING CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frederick Pyne, an infant, by Alice Pyne Mather, his guardian ad litem, against the Cazenovia Canning Company. PER CURIAM. Judgment and order affirmed, with costs. SMITH, P. J., dissents.

RADCLYFFE–DUGMORE, Appellant, v. GREAT NECK SHORES CORPORATION, Respondent. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Lilla Radclyffe-Dugmore against the Great Neck Shores Corporation. No opinion. Order affirmed, with $10 costs and disbursements.

RAGUE, Appellant, v. NEW YORK EVENING JOURNAL PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by William J. Rague against the New York Evening Journal Publishing Company. No opinion. Motion granted. See, also, 149 N. Y. Supp. 668.

R. A. SCHOENBERG & CO v. HALL et al. (No. 6148.) (Supreme Court, Appellate Division, First Department. October 23, 1914.)